UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SHAFFER, BARBARA L § Case No. 13-00269 DRC
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        KENNETH S. GARDNER
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/19/2014 in Courtroom 240,
        Kane County Courthouse
        100 S. Third Street
        Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/18/2014          By: CLERK OF BANKRUPTCY COURT
                                          Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SHAFFER, BARBARA L § Case No. 13-00269 DRC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,285.23 |
| and approved disbursements of | $ | 2,622.85 |
| leaving a balance on hand of[1] | $ | 9,662.38 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 1,701.83 | $ 0.00 | $ 1,701.83 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,107.00 | $ 0.00 | $ 2,107.00 |
| Other: International Sureties Ltd. | $ 10.74 | $ 10.74 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,808.83 |
| Remaining Balance | $ 5,853.55 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,486.58  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | $ 1,215.90 | $ 0.00 | $ 1,215.90 |
| 000002 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 4,270.68 | $ 0.00 | $ 4,270.68 |

Total to be paid to timely general unsecured creditors    $    5,486.58

Remaining Balance    $    366.97

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 366.97 .

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-00269-DRC
Barbara L Shaffer                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: wepps              Page 1 of 1              Date Rcvd: Nov 21, 2014
                              Form ID: pdf006          Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2014.
db           +Barbara L Shaffer,    1122 Gilbert Avenue,   APT# 222,   Downers Grove, IL 60515-4640
aty          +Gina B. Krol,   Cohen and Krol,   105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
aty          +The Firm of Cohen & Krol,    105 W Madison St Ste 1100,   Chicago, IL 60602-4600
19882289    ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   Attn: Bankruptcy Dept.,    Po Box 85520,
                Richmond, VA 23285)
20269422      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,   PO Box 71083,
                Charlotte, NC 28272-1083
19882284     +Equifax,    Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
19882285     +Experian,    Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
19882287     +Fifth Third BANK,    Attn: Bankruptcy Dept.,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
19882291     +Fifth Third Bank,    Attn: Bankruptcy Dept.,   200 Park Ave,   Clarendon Hills, IL 60514-1350
19882286     +Transunion,    Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
19882288     +Wfnnb/Roomplace,    Attn: Bankruptcy Dept.,   Po Box 2974,   Shawnee Mission, KS 66201-1374
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20245669       E-mail/Text: bnc-quantum@quantum3group.com Nov 22 2014 01:48:08
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19882290*    +Fifth Third BANK,    Attn: Bankruptcy Dept.,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2014 at the address(es) listed below:
              Alex   Wilson    on behalf of Debtor Barbara L Shaffer ndil@geracilaw.com
              E. Philip   Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ryan S Fojo    on behalf of Debtor Barbara L Shaffer ndil@geracilaw.com
                                                                                             TOTAL: 7
```