**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SHAFFER, BARBARA L | § | Case No. 13-00269 DRC |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 1,900.00 |
| Total Distributions to Claimants: 5,486.58 | Claims Discharged<br>Without Payment: 15,481.00 |
| Total Expenses of Administration: 4,031.68 | |

3) Total gross receipts of $ 12,285.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,766.97 (see **Exhibit 2**), yielded net receipts of $ 9,518.26 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,041.68 | 4,041.68 | 4,031.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 19,228.00 | 5,486.58 | 5,486.58 | 5,486.58 |
| **TOTAL DISBURSEMENTS** | $ 19,228.00 | $ 9,528.26 | $ 9,528.26 | $ 9,518.26 |

4) This case was originally filed under chapter 7 on 01/04/2013 . The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/26/2015 By:/s/GINA B. KROL

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LIFE INSURANCE | 1229-000 | 12,285.23 |
| **TOTAL GROSS RECEIPTS** | | $ 12,285.23 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CLERK OF US BANKRUPTCY COURT | Exemptions | 8100-001 | 2,400.00 |
| BARBARA L SHAFFER | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 366.97 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 2,766.97 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 1,711.83 | 1,711.83 | 1,701.83 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 10.74 | 10.74 | 10.74 |
| ASSOCIATED BANK | 2600-000 | NA | 212.11 | 212.11 | 212.11 |
| COHEN & KROL | 3110-000 | NA | 2,107.00 | 2,107.00 | 2,107.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 4,041.68 | $ 4,041.68 | $ 4,031.68 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |
| | 3 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | 0.00 | NA | NA | 0.00 |
| | 4 Fifth Third Bank Attn: Bankruptcy Dept. 200 Park Ave Clarendon Hills IL 60514 | | 500.00 | NA | NA | 0.00 |
| | 5 Fifth Third BANK Attn: Bankruptcy Dept. 5050 Kingsley Dr Cincinnati OH 45263 | | 1,238.00 | NA | NA | 0.00 |
| | 6 Fifth Third BANK Attn: Bankruptcy Dept. 5050 Kingsley Dr Cincinnati OH 45263 | | 12,276.00 | NA | NA | 0.00 |
| | 7 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 8 Wfnnb/Roomplace Attn: Bankruptcy Dept. Po Box 2974 Shawnee Mission KS 66201 | | 1,467.00 | NA | NA | 0.00 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | 3,747.00 | 4,270.68 | 4,270.68 | 4,270.68 |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-900 | NA | 1,215.90 | 1,215.90 | 1,215.90 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 19,228.00 | $ 5,486.58 | $ 5,486.58 | $ 5,486.58 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 13-00269 DRC Judge: Donald R. Cassling
Case Name: SHAFFER, BARBARA L

For Period Ending: 08/26/15

Trustee Name: GINA B. KROL
Date Filed (f) or Converted (c): 01/04/13 (f)
341(a) Meeting Date: 02/15/13
Claims Bar Date: 06/13/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS | 500.00 | 0.00 | OA | 0.00 | FA |
| 2. HOUSEHOLD GOODS | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 3. BOOKS / COLLECTIBLES | 100.00 | 0.00 | OA | 0.00 | FA |
| 4. WEARING APPAREL | 200.00 | 0.00 | OA | 0.00 | FA |
| 5. FURS AND JEWELRY | 100.00 | 0.00 | OA | 0.00 | FA |
| 6. LIFE INSURANCE (u) | 0.00 | 12,285.23 | | 12,285.23 | FA |
| TOTALS (Excluding Unknown Values) | $1,900.00 | $12,285.23 | | $12,285.23 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR for review
October 06, 2014, 02:16 pm

Trustee has collected CSV in life insurance
October 17, 2013, 12:47 pm

Initial Projected Date of Final Report (TFR): 12/31/14 Current Projected Date of Final Report (TFR): 12/31/14

/s/ GINA B. KROL
_______________________________________ Date: 08/26/15
GINA B. KROL

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit 9

Case No: 13-00269 -DRC
Case Name: SHAFFER, BARBARA L

Taxpayer ID No: *******6247
For Period Ending: 08/26/15

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******0725 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Trans. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/03/13 | 6 | Barbara Shaffer<br>1122 Gilbert Ave.<br>Unit 222<br>Downers Grove, IL 60515 | | 1229-000 | 9,800.00 | | 9,800.00 |
| 09/03/13 | 6 | The Prudential Insurance<br>PO Box 7390<br>Philadelphia, PA 19176 | | 1229-000 | 2,485.23 | | 12,285.23 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.49 | 12,268.74 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.24 | 12,250.50 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.63 | 12,232.87 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.19 | 12,214.68 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.16 | 12,196.52 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.38 | 12,180.14 |
| 04/01/14 | 030001 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 10.74 | 12,169.40 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.11 | 12,151.29 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.49 | 12,133.80 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.04 | 12,115.76 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.43 | 12,098.33 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.99 | 12,080.34 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.96 | 12,062.38 |
| * 11/18/14 | 030002 | Barbara Shaffer | Exemption | 8100-003 | | 2,400.00 | 9,662.38 |
| 12/19/14 | 030003 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Fees | 3110-000 | | 1,404.67 | 8,257.71 |
| 12/19/14 | 030004 | Gina B. Krol<br>105 W. Madison St. | Final Distribution<br>Trustee's Fees | 2100-000 | | 1,701.83 | 6,555.88 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-00269 -DRC
Case Name: SHAFFER, BARBARA L

Taxpayer ID No: *******6247
For Period Ending: 08/26/15

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******0725 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 1100<br>Chicago, IL 60602 | | | | | |
| 12/19/14 | 030005 | Gina B. Krol | Final Distribution<br>Attorneys' Fees | 3110-000 | | 702.33 | 5,853.55 |
| 12/19/14 | 030006 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Final Distribution<br>(1-1) Unsecured Debt | 7100-900 | | 1,215.90 | 4,637.65 |
| 12/19/14 | 030007 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution<br>(2-1) modified on 4/2/13 to correct<br>creditor address (nm) | 7100-900 | | 4,270.68 | 366.97 |
| 12/19/14 | 030008 | BARBARA L SHAFFER<br>1122 GILBERT AVENUE<br>APT# 222<br>DOWNERS GROVE, IL 60515 | Final Distribution<br>Surplus Funds | 8200-002 | | 366.97 | 0.00 |
| * 04/27/15 | 030002 | Barbara Shaffer | Exemption | 8100-003 | | -2,400.00 | 2,400.00 |
| 04/27/15 | 030009 | CLERK OF US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Unclaimed Funds | 8100-001 | | 2,400.00 | 0.00 |

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-00269 -DRC
Case Name: SHAFFER, BARBARA L

Taxpayer ID No: *******6247
For Period Ending: 08/26/15

Trustee Name: GINA B. KROL
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******0725 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******0725

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 2 | Deposits | 12,285.23 | 10 | Checks | 12,073.12 |
| 0 | Interest Postings | 0.00 | 12 | Adjustments Out | 212.11 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 12,285.23 | | | |
| | | | | Total | $ 12,285.23 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 12,285.23 | | | |

/s/ GINA B. KROL

Trustee's Signature: ________________________________ Date: 08/26/15

GINA B. KROL